UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                  Crim. Case No. 20-mj-30432

D1 - Sameerah Anderson
D2 – Noelle Brown,

    Defendants.
_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANTS**

The United States of America requests the court to unseal the Complaint, Arrest Warrants, and all attendant papers for the following reasons:

1. D1 – Sameerah Anderson has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendants may flee prior to appearance on the complaint.

                                                  Respectfully submitted,

                                                  Saima S. Mohsin
                                                  Acting United States Attorney

                                                  *s/Craig A. Weier*
                                                  CRAIG A. WEIER
                                                  Assistant U.S. Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, Michigan 48226
                                                  (313) 226-9678
                                                  Craig.weier@usdoj.gov

Dated: May 12, 2021

**IT IS SO ORDERED.**

s/ Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge

Entered: May 12, 2021