UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

      Plaintiff,

-vs-                                                Case #  20-30432

                                                     HON. DAVID GRAND

**SAMEERAH MARRELL,**

      Defendant.
_____/

## ORDER ALLOWING TRAVEL

This matter having come before the Court pursuant to Defendant Marrell's request to travel to Cypress, TX to attend the graduation of her daughter, the government having no objection to said request, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Marrell be allowed to travel to Cypress, TX from May 30, 2021 to June 1, 2021.

                                                                 s/David R. Grand
                                                                **HON. DAVID GRAND**

Approved as to substance and form:

s/ Steven Fishman
Attorney for Defendant Marrell

s/ Craig Weier, AUSA (w/ permission)
United States Attorney's Office